■ In the Matter of the Arbitration between the BOARD OF EDUCATION OF GREENBURGH CENTRAL SCHOOL DISTRICT No. 7, Appellant, and WOODLANDS SUPERVISORY COUNCIL, Respondent.—Appeal from order of the Supreme Court, Westchester County, entered October 12, 1979, dismissed (see *Matter of Aho,* 39 NY2d 241, 248). Judgment of the same court dated

October 22, 1979, affirmed. No opinion. The respondent is awarded one bill of costs. Mollen, P. J., Gibbons, Martuscello and Weinstein, JJ., concur.